GERMAN-AMERICAN INSURANCE COMPANY OF NEW YORK, Respondent, *v.* THE STANDARD GAS LIGHT COMPANY OF THE CITY OF NEW YORK, Appellant.

Reported below, 67 App. Div. 539.
(Argued March 24, 1902; decided April 1, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 20, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

The motion was made upon the ground that the Court of Appeals has no jurisdiction to entertain the appeal.

*William D. Murray* for motion.

*Henry Thompson* opposed.

Motion denied, with ten dollars costs.

---

In the Matter of the Application of HOWLAND P. WELLS, Respondent, for the Appointment of a Committee of the Person and Estate of EUGENE P. CLARK, Appellant, an Alleged Incompetent Person.

(Submitted March 24, 1902; decided April 1, 1902.)

MOTION for reargument. (See 169 N. Y. 595.)

Remittitur modified so as to strike out direction for recovery of costs. Motion in other respects denied.